**FINANCIAL INSTITUTIONS WHO HAVE FILED AGREEMENTS TO BE APPROVED
AS A DEPOSITORY OF TRUST ACCOUNTS AND TO PROVIDE DISHONORED CHECK REPORTS IN
ACCORDANCE WITH RULE 221, Pa.R.D.E.**

**New**

675 Centre 1st Bank, a Division of Old Dominion Bank

**Name Change**

660 Clarion FCU – Change to 660 Top Tier FCU
518 Standard Bank, PASB – Change to 27 Dollar Bank, FSB
670 Investors Bank – Change to 561 Citizens Bank

**Platinum Leader Change**

631 Wells Fargo Bank, NA - Add
675 Centre 1st Bank, a Division of Old Dominion Bank - Add

**Correction**

**Removal**

October 2022